**FILED**

JUN 11 2020

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JAMES CROMITIE,       )
                              )
          Plaintiff,         )
                              )
      v.                    )       Civil Action No. 19-2868 (UNA)
                              )
DONALD J. TRUMP *et al.*,     )
                              )
          Defendants.     )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a motion under Rule 60(b) of the Federal Rules of Civil Procedure, ECF No. 6. He seeks relief from the order entered on November 14, 2019, which dismissed this action for failure to state a claim under the Freedom of Information Act. *See* Mem. Op., ECF No. 4; Order, ECF No. 5. In its discretion, a court may relieve a party from a final judgment, order or proceeding for any one of six enumerated reasons. *See* Fed. R. Civ. P. 60(b)(1)-(6). Plaintiff has asserted no grounds to merit reopening this matter. *See Thomas v. Holder*, 750 F.3d 899, 902 (D.C. Cir. 2014) (a party seeking relief under Rule 60(b) must offer "a hint of a suggestion" that he might prevail if the case is reopened) (quoting *Marino v. DEA*, 685 F.3d 1076, 1080 (D.C. Cir. 2012)). Therefore, plaintiff's motion will be denied by separate order.

                                    SIGNED:    EMMET G. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

DATE: June 11, 2020